# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

No. 98-3898

| | | |
|---|---|---|
| Clarence Kenneth Bell, | * | |
| | * | |
| Plaintiff-Appellant, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Arkansas |
| | * | |
| Tyson Foods, Inc., | * | [UNPUBLISHED] |
| | * | |
| Defendant-Appellee. | * | |

Submitted: April 23, 1999
Filed: May 7, 1999

Before McMILLIAN and MURPHY, Circuit Judges, and MONTGOMERY, District Judge.[1]

PER CURIAM.

Clarence Kenneth Bell ("Bell") brought this action pursuant to the Family and Medical Leave Act ("FMLA"), 29 U.S.C. §§ 2601-54 (1999), alleging that his former employer, Tyson Foods, Inc. ("Tyson"), improperly terminated him for excessive

_____

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota, sitting by designation.

absenteeism. He now appeals the district court's[2] order granting Tyson's motion for summary judgment. The district court concluded that Bell had failed to present sufficient evidence demonstrating the objective existence of a serious health condition--a necessary showing for his recovery under the FMLA. Having reviewed the record and the parties' briefs, we conclude that the district court's ruling was correct, and an extended discussion is not warranted. We affirm for the reasons stated by the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT

---

[2]The Honorable Henry Woods, United States District Judge for the Eastern District of Arkansas.